COURTESY

Jeffrey A. Stephens, Esq. (JS1027)
**KROLL HEINEMAN CARTON, LLC**
Metro Corporate Campus I
99 Wood Avenue South, Suite 307
Iselin, New Jersey 08830
Tel: (732) 491-2100
Fax: (732) 491-2120
*Attorneys for Petitioners*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| NEW JERSEY BUILDING LABORERS STATEWIDE BENEFIT FUNDS AND THE TRUSTEES THEREOF, | Hon. <br> Civil Action No. 14- 1749 (SRC) |
| Petitioners, | **CIVIL ACTION** |
| v. | **ORDER CONFIRMING** <br> **ARBITRATION AWARD** |
| AMERICAN CONTRACTORS, LLC, | |
| Respondent. | |

**THIS MATTER** having come before the Court by Kroll Heineman Carton, LLC, (Jeffrey A. Stephens, Esq., appearing) attorneys for Petitioners, pursuant to a Petition to Confirm the Arbitration Award; this Court having fully considered the moving and opposition papers submitted by the parties, as well as the arguments of counsel, if any, and for good and sufficient cause shown;

**IT IS** on this 30th day of April 2014,

**ORDERED, ADJUDGED, AND DECREED** that the Opinion and Award of January 28, 2014 shall and are hereby CONFIRMED.

_____
Judge, United States District Court